UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ESTATE OF JEFFREY K. ECKERT                                                      Plaintiff

v.                                                                                              Civil Action No. 4:23CV-2-RGJ

AUTO-OWNERS INSURANCE                                                         Defendant
COMPANY

* * * * *

**ORDER**

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 37], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

November 7, 2024

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of Record