UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO: 4:23-CV-00002-RGJ
(ELECTRONICALLY FILED)

ESTATE OF JEFFREY K. ECKERT                                                          PLAINTIFF

v.                    **MOTION TO ENFORCE SETTLEMENT**

AUTO-OWNERS INSURANCE COMPANY                                                        DEFENDANT

\* \* \* \* \*

Comes now Defendant, Auto-Owners Insurance Company, by counsel, and respectfully moves this Court to enter an Order Enforcing the Settlement Agreement that was reached in this matter and requiring Plaintiff, the Administratirx of the Estate of Jeffrey K. Eckert, to honor the terms of the Settlement Agreement and to execute Release and Indemnity Agreement that was previously tendered to, and approved by, her counsel in consummation of the final settlement and resolution of this litigation. In support of this Motion to Enforce Settlement, Defendant, Auto-Owners Insurance Company, relies on and incorporates herein by reference its Memorandum in Support of Motion the Enforce Settlement filed simultaneously herewith as if set forth in full herein.

**WHEREFORE,** Defendant, Auto-Owners Insurance Company, respectfully moves this Honorable Court to enter the tendered Order herewith, requiring Plaintiff, the Administratirx of the Estate of Jeffrey K. Eckert, to honor the terms of the Settlement Agreement and to execute Release and Indemnity Agreement that was previously tendered to, and approved by, her counsel in consummation of the final settlement and resolution of this litigation.

   Respectfully Submitted,

/s/ David K. Barnes_____
David K. Barnes
BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
T: (502) 583-4777
F: (502) 583-4780
dbarnes@sbmkylaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of May 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system.

Scott L. Triplett (KBA #92360)
TRIPLETT & CAROTHERS
8004 Lyndon Centre Way, Suite 102
Louisville, KY 40222
(502) 425-5562
probate@rozlaw.com
*Counsel for Plaintiff*

Denham Property and Injury Law Firm
J. Bart Denham
250 W. Main St., Suite 120
Lexington, Kentucky 40507
Telephone: 859-900-2278
Email: Bart@Denham.Law
Email: Service@Denham.Law
COUNSEL FOR PLAINTIFF

/s/ David K. Barnes _____
BARNES MALONEY PLLC