# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **ESTATE OF JEFFREY K. ECKERT** | ) |
| | ) |
|           PLAINTIFF | ) Civil Action No. 4:23cv-00002-RGJ |
| v. | ) JUDGE REBECCA G. JENNINGS |
| | ) |
| **AUTO-OWNERS INSURANCE COMPANY** | ) |
| | ) |
|           DEFENDANT | ) |

## ORDER

Currently pending before the Court is Defendant Auto-Owners Insurance Company's motion for enforcement of a settlement agreement between the parties, DN 47. The motion is referred to the undersigned for a Report and Recommendation as to resolution. It is unclear whether the Plaintiff contests that its counsel was vested with actual authority to accept the terms of settlement. Consequently, the Court will conduct a telephonic conference with counsel for the purpose of ascertaining Plaintiff's position on this limited issue, and whether an evidentiary hearing is required.

**IT IS ORDERED** a telephonic conference is scheduled before Magistrate Judge Brent Brennenstuhl on **June 11, 2025, at 1:30 pm, CDT**. The Court will initiate the call.

ENTERED this June 5, 2025

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:    Counsel of Record